1086

THE STATE OF WASHINGTON, *Respondent*, v. DALE G.
POITRA, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 98-1-00060-6, William E. Howard, J., entered November 19, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
RODACKER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DAULT,
*Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 97-1-00021-6, 97-1-00025-9, Gerald L. Knight, J., entered October 27, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Coleman, J.

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DAN
FYE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01864-8, Larry Jordan, J., entered November 24, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Coleman, J.